IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                                                                                      No. CR 25-113 JB

DINEH BENALLY,
DONALD BENALLY, and
IRVING REA YUI LIN,

    Defendants.

### NOTICE OF JURY SELECTION/JURY TRIAL

**BY DIRECTION OF THE HONORABLE JAMES O. BROWNING:**

**PLEASE TAKE NOTICE** that this matter will come on for **Jury Selection/Jury Trial** on the Court's trailing docket commencing **Monday, March 10, 2025 at 9:00 a.m.** at the Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, "*Vermejo*" Courtroom, 4th Floor, Albuquerque, New Mexico.

Counsel are advised to comply with the following:

1.     **JURY INSTRUCTIONS**

Counsel are advised to submit all proposed jury instructions to chambers via e-mail at the proposed text e-mail address (browningproposedtext@nmd.uscourts.gov) at the time the instructions are filed. Proposed Jury Instructions shall be filed with the Court as early as practicable, but no later than 3 business days before the weekend prior to the first day of the trailing docket, unless otherwise ordered by the Court. Counsel should review and consider any relevant 10th Circuit Criminal Pattern Jury Instructions.

2.     **MOTIONS IN *LIMINE***

Motions in *Limine* shall be served on opposing counsel and filed with the Court as soon as

possible.

**3.    <u>*VOIR DIRE*</u>**

Counsel shall file with the Court proposed *voir dire* questions to be considered by the Court for use during jury selection no later than 3 business days before the weekend prior to the first day of the trailing docket.   The Court will allow each party an opportunity to conduct *voir dire* on the venire panel.

**4.    TRIAL PREPARATION**

Counsel are advised to submit any Motions for Writ of *Habeas Corpus ad Testificandum* in a timely manner so as to assure time for transport.

Exhibits should be marked and listed before trial commences.

**5.    <u>MOTIONS FOR CONTINUANCE</u>**

A Motion for Continuance should be filed in accordance with 18 U.S.C. Section 3161 (h)(7)(a), specifically setting forth the factual grounds justifying the continuance under said statute.

To conserve judicial resources, parties are required to notify the Court as soon as possible if settlement of any motion will be reached.   **Inquiries and scheduling conflicts should be directed to Crystal Padilla, Courtroom Deputy for Judge Browning,** at **505/348-2289\*.**

_____
**MITCHELL R. ELFERS, Clerk**

This will certify that a true copy of the foregoing was mailed/electronically noticed on its date of filing to counsel of   record per the Court's Electronic Filing System.

_____
\* To obtain daily information regarding the status of court settings, please refer to the CM/ECF calendar reports (accessible by logging into CM/ECF), then clicking on Reports, then Attorney Calendar or Calendar Events.