IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.:   25-CR-00113-JB |
| vs. | ) | |
| | ) | |
| **DINEH BENALLY, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF WITHDRAWAL OF COUNSEL

The United States hereby notifies the Court that attorney Matthew J. McGinley withdraws as counsel of record for the United States.

The United States requests that all future notices, pleadings and correspondence continue to be delivered to Eva M. Fontanez and Michael R. Pahl counsels of record for the United States in this case.

Respectfully submitted,

RYAN ELLISON
Acting United States Attorney

*/s/ Electronically filed on November 7, 2025*
EVA M. FONTANEZ
Assistant U.S. Attorney
201 3rd Street NW, Ste 900
Albuquerque, NM 87102
(505) 346-7274

I HEREBY CERTIFY that on November 7, 2025, I filed the foregoing electronically through the CM/ECF system, which caused counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

*/s/*
EVA M. FONTANEZ
Assistant U.S. Attorney